**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Atlanta District Office

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Direct Dial: (470) 531-4760
FAX (404) 562-6909/6910
Website: www.eeoc.gov

EEOC Charge No. 410-2022-02575

| | |
|---|---|
| Marcus McDaniel<br>3206 Buckeye Court<br>Augusta, GA 30906 | Charging Party |
| City of Augusta Georgia<br>535 Telfair Street, Bldg. 3000<br>Augusta, GA 30901 | Respondent |

## DETERMINATION

I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. (Title VII). Timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party alleges that he was sexually harassed by a female coworker. Charging Party contends that he made several complaints regarding the sexual harassment involving suggestive behavior and offensive comments, which led to an internal investigation. Charging Party alleges that he was subsequently terminated as a direct result of the internal investigation and his appeals to the termination were upheld against his favor. Charging Party contends that he was discriminated against on the basis of his sex and in retaliation for engaging in protected activity, in violation of Title VII.

Respondent denies the allegations.

Examination of the evidence reveals that Charging Party was sexually harassed by a female coworker, and that Respondent did not immediately investigate the incident. The facts show that Charging Party was terminated for allegedly submitting a false report and violating Respondent's Honesty Code and Confidentiality Agreement. Respondent made the finding that Charging Party filed the sexual harassment complaint against the female coworker in retaliation for her filing a harassment complaint against their supervisor. However, there was evidence to support that Respondent did not conduct an unbiased investigation on behalf of Charging Party. The facts of the case revealed that the female accused of sexual harassment and a witness were deceptive, and the witness violated Respondent's confidentiality policy. Neither the alleged harasser nor the witness were disciplined or terminated.

Based upon the above and the record as a whole, there is reasonable cause to conclude that Charging Party was subjected to sexual harassment, disciplined, and discharged because of his sex and terminated in retaliation for engaging in protected activity in violation of Title VII.

Upon finding that there is reason to believe that a violation has occurred, the Commission attempts to eliminate the alleged unlawful practice by informal methods of conciliation (i.e., settlement). Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. **If you wish to participate in conciliation, please email Investigator Norberta Pendleton (norberta.pendleton@eeoc.gov) within 10 days from the date of this LOD.** When the Respondent declines to enter into conciliation discussions, or when the Commission's representative for any reason is unable to secure a settlement acceptable to the Commission, the Commission shall so inform the parties in writing and advise them of the court enforcement alternative available to Charging Party and the Commission. The confidentiality provisions of the statute and Commission Regulations apply to information discussed or given during conciliation.

You are hereby reminded that Federal Law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in the Commission's investigation is also prohibited. The protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

1/16/2024

_____          _____
Date                                                       Darrell E. Graham
                                                                 District Director
                                                                 Atlanta District Office

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**TRANSMITTAL OF EEOC CASE TO THE DEPARTMENT OF JUSTICE**
*The attached charge involves state/local government or political subdivisions, including public educational institutions.*

| TO: | U.S. Dept. of Justice<br>Civil Rights Division<br>Washington, D.C. 20530<br>**SENT VIA EMAIL ONLY** | FROM:<br>Atlanta District Office<br>100 Alabama Street, SW, Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|

**THE ATTACHED CHARGE**
**IS REFERRED FOR A DETERMINATION TO SUE PURSUANT TO:** *Section 706(f)(1)*

EEOC CHARGE NUMBER: **410-2022-02575**

| CHAGING PARTY TO WHOM NOTICE IS TO BE ADDRESSED<br>Marcus McDaniel<br>3206 Buckeye Ct.<br>Augusta, GA 30906<br>mcm2406@gmail.com | CHARGING PARTY REPRESENTATIVE<br>Kenneth S. Ratley, Esq.<br>The Law Office of Tanya D. Jeffords & Associates, P.C.<br>437 Walker Street<br>Augusta, GA 30901<br>kratley@jeffordslaw.com |
|---|---|
| RESPONDENT<br>City of Augusta Georgia<br>535 Telfair Street, Bldg. 3000<br>Augusta, GA 30901 | RESPONDENT REPRESENTATIVE<br>Michael Kirkwood, Esq.<br>The Employment Law Solution<br>800 Mount Vernon Hwy., NE, Suite 410<br>Atlanta, GA 30328<br>mkirkwood@theemploymentlawsolution.com |

DIRECTOR/REGIONAL ATTORNEY RECOMMENDATIONS/REMARKS
Mr. McDaniel intends to sue if DOJ does not.

| DATE<br>05/15/2024 | DIRECTOR<br>Darrell E. Graham<br>TELEPHONE NUMBER<br>(404) 562-6800 | SIGNATURE<br>I. Daniel-Edward Anance<br>*Iriketekana D-E Anance' For*<br>Digitally signed by I. Daniel-Edward Anance<br>Date: 2024.05.17 11:07:42 -04'00' |
|---|---|---|

**FOR DEPARTMENT OF JUSTICE USE**

| DATE EEOC FORM 256 RECEIVED | DATE NOTICE ISSUED TO PARTIES |
|---|---|

STATUS

EEOC Form 256

**U.S. Department of Justice**

Civil Rights Division

KW:MLB:KLF
DJ 170-19N-0

*Employment Litigation Section – 4CON*
*150 M St., NE*
*Washington, DC  20530*
*www.usdoj.gov/crt/emp*

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL                                             January 24, 2025

Mr. Marcus McDaniel
c/o Kenneth S. Ratley, Esquire
Law Office of Tanya D. Jeffords & Associates
437 Walker St.
Augusta, GA  30901

      Re: Marcus McDaniel v. City of Augusta, Georgia,
         Richmond County, et al., Charge No. 410-2022-02575

Dear Mr. McDaniel:

 It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

 You are hereby notified that conciliation in this matter was unsuccessful by the EEOC.  You are further notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

 The files in this matter are located in the EEOC's Atlanta District Office.  If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: Darrell E. Graham, Director, EEOC, 100 Alabama St., SW, Suite 4R30, Atlanta, GA 30303.

           Sincerely,

           Kathleen Wolfe
         Deputy Assistant Attorney General
          Civil Rights Division

      By: *Meredith L. Burrell*

           Meredith L. Burrell
          Principal Deputy Chief
         Employment Litigation Section

cc: Marcus McDaniel
   City of Augusta, Georgia, Richmond County c/o Michael Kirkwood, Esq.
   EEOC, Atlanta District Office