UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MARCUS MCDANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:25-cv-00096-JRH-BKE |
| CITY OF AUGUSTA-RICHMOND ) | |
| COUNTY ) | |
| ) | |
| Defendant. ) | |

## SECOND JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW Defendant City of Augusta-Richmond County (hereinafter, "Defendant") and Plaintiff Marcus McDaniel (hereinafter, "Plaintiff"), and jointly request the Court to amend the Revised Scheduling Order (Doc. 10) to allow for an additional sixty-day extension to complete discovery, through and including March 17, 2026. To support a showing of good cause, the parties respectfully show as follows:

1.

Plaintiff filed his Complaint on April 24, 2025. (Doc. 1.)

2.

Defendant filed its Answer and Affirmative Defenses to Plaintiff's Complaint on June 30, 2025. (Doc. 4.)

3.

Both Plaintiff and Defendant served their Initial Disclosures on August 19, 2025.

4.

Plaintiff served his First Interrogatories to Defendant on October 8, 2025. Defendant served its First Interrogatories and First Request for Production of Documents on October 13, 2025. Both

parties have responded to each's respective discovery requests.

5.

No depositions have been conducted yet in this case, and per the current Scheduling Order, discovery is set to close on January 16, 2026.

6.

The primary reason for the Parties' joint decision to delay the taking of depositions was related to their ongoing settlement negotiations. The Parties engaged in a pre-suit mediation which was unsuccessful, but more recently held discussions which indicated that the possibility of an amicable resolution remained. Towards that end, Defendant's lead counsel scheduled a meeting with the City/County's Board of Commissioners to discuss appropriate settlement authority, but that meeting was delayed until January 13, 2026 due to the holiday season and budgetary constraints facing the City/County at the end of the fiscal year. The Defendant's lead counsel is now in position to reconvene settlement discussions.

7.

Accordingly, in the spirit of Rule 1 of the Federal Rules of Civil Procedure and this Court's local rules and other relevant orders, the Parties wish to hold off on conducting depositions until they have had the ability to discuss potential resolution in light of the recent meeting that Defense counsel had with his client's governing authority. The Parties intend to attempt to negotiate quickly. Moreover, in the event the Parties are unable to reach a resolution by way of settlement, they are prepared to quickly take depositions, but believe that it is prudent to request up to 60 days of additional discovery for this purpose, in particular because many of the relevant witnesses are no longer employed by the City/County. As such, this request is not a request to delay for the sake

of delay, but is instead rooted in practical considerations related to settlement negotiations and securing all witness testimony in the event a pre-summary judgment resolution cannot be reached.

8.

WHEREFORE, Plaintiff and Defendant jointly request that the Scheduling Order (Doc. 10) be amended to allow for sixty additional days to conduct discovery, making the new deadline Tuesday March 17, 2026. The parties additionally request that all other related deadlines (such as the summary judgment deadline) be amended accordingly.

Respectfully submitted, this 14th day of January, 2026.

| **FREEMAN MATHIS & GARY, LLP** | **LAW OFFICES OF TANYA D. JEFFORDS AND ASSOCIATES, P.C.** |
|---|---|
| */s/ John D. Bennett* | |
| John D. Bennett | */s/ Kenneth S. Ratley (w/ express permission)* |
| Georgia Bar No. 059212 | Tanya D. Jeffords |
| Emily M. Walker | Georgia Bar No. 390055 |
| Georgia Bar No. 221826 | Kenneth S. Ratley |
| *Counsel for Defendant* | Georgia Bar No. 359246 |
| | *Counsel for Plaintiff* |
| 100 Galleria Parkway, Suite 1600 | |
| Atlanta, Georgia 30339-5948 | 437 Walker Street |
| T: (770) 818-0000 | Augusta, Georgia 30901 |
| E: jbennett@fmglaw.com | T: (706) 722-3019 |
| E: emily.walker@fmglaw.com | E: tjeffords@jeffordslaw.com |
| | E: kratley@jeffordslaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing SECOND JOINT MOTION TO AMEND SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of said filing to the following attorney of record:

This 14th day of January 2026.

                                            **FREEMAN MATHIS & GARY, LLP**

                                            */s/ John D. Bennett*
                                            John D. Bennett
                                            Georgia Bar No. 059212
                                            Emily M. Walker
                                            Georgia Bar No. 221826
                                            *Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960
E: jbennett@fmglaw.com
E: emily.walker@fmglaw.com